# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09 CV 163

| | |
|---|---|
| SANDVIK INTELLECTUAL PROPERTY AB, ) ) ) Plaintiff ) ) V ) ) KENNAMETAL, INC., ) ) Defendant ) | **ORDER** |

**THIS MATTER** is before the court on Larry McDevitt's Application for Admission to Practice *Pro Hac Vice* of Ronald L. Grudziecki. It appearing that Ronald L. Grudziecki is a member in good standing with the Virginia Bar and will be appearing with Larry McDevitt, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Larry McDevitt's Application for Admission to Practice *Pro Hac Vice* (#8) of Ronald L. Grudziecki is **GRANTED**, and that Ronald L. Grudziecki is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Larry McDevitt.

Signed: June 4, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge